# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTINE HIRSCH, | |
| *Plaintiff*, | |
| v. | Civil Action No. 1:21-cv-00161 |
| COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPS., | Hon. Edmond E. Chang |
| *Defendant*. | |

## JOINT INITIAL STATUS REPORT

Plaintiff Christine Hirsch and Defendant Cognizant Technology Solutions U.S. Corporation, through their respective counsel, submit this Joint Initial Status Report pursuant to this Court's Order dated January 22, 2021.

**1. The Nature of the Case**

a. Plaintiff is represented by Robert D. Sweeney, Lucas B. Terna, and Nicole E. DiOrio of Sweeney, Scharkey & Blanchard LLC. Robert D. Sweeney is lead trial attorney for the matter. Defendant is represented by Timothy J. McCaffrey, John Hays, and Scott McLaughlin of Eversheds Sutherland (US) LLP. Scott McLaughlin is lead trial attorney for the matter.

b. This Court has subject matter jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1332(a)(1) because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States. The parties' respective citizenships are as follows:

Plaintiff Christine Hirsch currently resides in, and is a citizen of, the State of Illinois.

Defendant Cognizant Technology Solutions U.S. Corporation is a Delaware corporation with its principal place of business in College Station, Texas.

c. Plaintiff's Complaint arises out of her employment with Defendant. Plaintiff asserts the following claims: (i) Age Discrimination in Violation of the Illinois Human Rights Act and (ii) Retaliation in Violation of the Illinois Human Rights Act.

d. The major legal and factual issues in the case include: (i) whether or not Defendant discriminated against Plaintiff based on age; (ii) whether or not Defendant retaliated against Plaintiff as a result of her assertion of discrimination; and (iii) damages.

Defendant denies the allegations in Plaintiff's Original Complaint and contends that it did not discriminate or retaliate against Plaintiff in any way or for any reason.

e. Plaintiff requests that this Court enter a judgment in her favor and against Defendant as follows: (i) awarding all wages, restricted stock grants or the monetary equivalent thereof and all benefits Plaintiff would have received but for the alleged retaliation, including but not limited to back pay, front pay, future pecuniary losses, and prejudgment interest; (ii) awarding compensatory damages in an amount to be proven at trial; (iii) awarding punitive damages and/or exemplary damages in an amount to be proven at trial; (iv) awarding reasonable costs and attorneys' fees; and (v) for any such other and further relief this Court deems just and equitable.

**2. Pending Motions and Case Plan**

a. Defendant was served via its Illinois Registered Agent, Illinois Corporation Service, on November 11, 2020.

b. There are currently no pending motions before this Court.

c. This case is not in the Mandatory Initial Discovery Pilot Project.

d. Proposed Discovery Plan:

i. The parties anticipate needing fact and expert discovery in this matter.

  ii. Disclosures pursuant to FED. R. CIV. P. 26(a)(1) are to be made by February 12, 2021.

  iii. The first set of written discovery requests are to be issued by February 19, 2021.

  iv. Fact discovery is to be completed by October 29, 2021.

  v. The parties request that the Court rule on any dispositive motions prior to setting a schedule for the completion of expert discovery.

  vi. Dispositive motions are to be filed by December 10, 2021.

 e. Plaintiff's Complaint includes a demand for a trial by jury, in accordance with FED. R. CIV. P. 38, on any issue triable of right by a jury. The parties expect the trial to take five (5) days.

 f. The parties agree to service of pleadings and other papers by electronic means under FED. R. CIV. P. 5(b)(2)(E).

**3. Consent to Proceed Before a Magistrate Judge**

 a. The parties do not unanimously consent to proceed before a Magistrate Judge.

**4. Status of Settlement Discussions**

 a. Settlement negotiations have been initiated and are ongoing.

 b. The parties' first settlement discussion occurred January 28, 2021.

 c. The parties do not yet request a settlement conference as settlement discussions were only recently initiated.

Dated:   January 28, 2021


By:   s/ Robert D. Sweeney
     Robert D. Sweeney
     Lucas B. Terna
     Nicole E. DiOrio
     SWEENEY, SCHARKEY & BLANCHARD LLC
     230 West Monroe Street
     Suite 1500
     Chicago, Illinois 60606
     (312) 384-0500

     *Counsel for Plaintiff*


By:   s/ Scott McLaughlin
     Timothy J. McCaffrey
     Scott McLaughlin
     John Hays
     EVERSHEDS SUTHERLAND (US) LLP
     900 North Michigan Ave.
     Suite 1000
     Chicago, Illinois 60611
     (312) 535-4445

     *Counsel for Defendant*