# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTINE HIRSCH, <br><br> *Plaintiff*, <br><br> v. <br><br> COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORP., <br><br> *Defendant*. | Civil Action No. 1:21-CV-00161 <br><br> Hon. Edmond E. Chang |

## JOINT DISCOVERY STATUS REPORT

Plaintiff Christine Hirsch and Defendant Cognizant Technology Solutions U.S. Corp. ("Cognizant") through their respective counsel, submit this Joint Discovery Status Report pursuant to this Court's Order dated June 24, 2021 (Dkt. No. 16).

## Summary of Discovery Undertaken to Date

### I. Party Discovery in this Action

The Parties have exchanged written discovery and production of discovery materials is ongoing. The Parties anticipate conducting oral discovery and potentially seeking expert discovery in this matter. The Parties are currently working to coordinate a schedule for depositions.

### II. Third-Party Discovery in this Action

Neither Party has issued subpoenas to a third-party for the production of documents or oral testimony. Plaintiff has requested Defendant provide the last known addresses of former Cognizant employees who require deposition subpoenas. Plaintiff has provided Defendant with drafts of said subpoenas and awaits Defendant's response so she may issue the required subpoenas. The Parties are working together to coordinate deposition dates for third-party discovery.

### III. No Extensions Necessary

Pursuant to this Court's order of January 29, 2021, fact discovery is to be completed by October 29, 2021. At this time, neither party believes that deadline will need to be extended.

Dated: August 20, 2021

By:       s/ Robert D. Sweeney
Robert D. Sweeney
Lucas B. Terna
Nicole E. DiOrio
SWEENEY, SCHARKEY & BLANCHARD LLC
230 West Monroe Street
Suite 1500
Chicago, Illinois 60606
Tel. (312) 384-0500

*Counsel for Plaintiff*

By:       s/ John T. Hays
Timothy J. McCaffrey
John Hays
Scott McLaughlin
Eversheds Sutherland (US) LLP
900 North Michigan Avenue
Suite 1000
Chicago, IL 60611
Tel. (312) 535-4445

*Counsel for Defendant*